JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KENYON DARRELL BROWN,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-03008-RGK (JDE)

JUDGMENT

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 7/9/2026

_____
R. GARY KLAUSNER
United States District Judge